■ In the Matter of MATILDA DE SANTIS, Appellant, v NEW YORK STATE HUMAN RIGHTS APPEAL BOARD et al., Respondents. — Proceeding pursuant to section 298 of the Executive Law to review an order of the New York State Human Rights Appeal Board, dated December 30, 1983, which affirmed a determination of the Division of Human Rights, dated July 27, 1982, which dismissed petitioner's complaint of age discrimination, finding no probable cause.

Order confirmed and proceeding dismissed, with costs.

Petitioner was afforded a full opportunity to present her contentions at a confrontation conference at which all parties were present. Accordingly, the division properly investigated her complaint (see *Matter of Gregory v New York State Human Rights Appeal Bd.,* 64 AD2d 775).

We have reviewed the record and find that the determination of no probable cause was supported by substantial evidence (see *300 Gramatan Ave. Assoc. v State Div. of Human Rights,* 45 NY2d 176). Thompson, J. P., O'Connor, Niehoff and Boyers, JJ., concur.

■ In the Matter of DONOVAN E., Appellant. — Appeal from an order of disposition of the Family Court, Kings County (Quinones, J.), dated August 31, 1983, which, upon a fact-finding determination of the same court (Esquirol, J.), made after a hearing, that appellant had committed acts which, if committed by an adult, would have constituted the crimes of rape in the first degree (three counts) and sodomy in the first degree, placed him on probation for one year. The appeal brings up for review said fact-finding determination.

Fact-finding determination and order of disposition affirmed, without costs or disbursements.

The evidence proved beyond a reasonable doubt that appellant committed the acts of which he was found guilty (*Matter of Derrick C.,* 52 AD2d 522).

We have considered appellant's other contentions and find them to be without merit. Titone, J. P., Gibbons, Bracken and Weinstein, JJ., concur.